*The Court approves stipulated dismissal without prejudice 9/13/2021.*

*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LARAMIE SUE FOOTE,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**PIZZA PIE PROPERTIES, LTD.** and **ANTHONY SATTERWHITE**,<br><br>Defendants. | **Case No. 1:21-cv-01612-JG**<br><br>**Jury Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Laramie Sue Foote, by and through their undersigned counsel and pursuant to F.R.C.P. 41 (a)(1)(A)(i), hereby dismisses her claims against Defendants Pizza Pie Properties, Ltd. and Anthony Satterwhite without prejudice.

DATED: September 9, 2021.     Respectfully submitted,

/s/ *Alyson S. Beridon*
Alyson S. Beridon (0087496)
BRANSTETTER, STRANCH & JENNINGS, PLLC
425 Walnut Street, Suite 2315
Cincinnati, Ohio 45202
Phone: (513) 381-2224
Fax: (615) 255-5419
alysonb@bsjfirm.com

*Counsel for Plaintiff and the Putative Class*

1